# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SCOTT DOLEMBA., on behalf of plaintiff and
the class members defined herein,
Plaintiff,

CASE NUMBER: 18-cv-3370

V.

ASSIGNED JUDGE: Virginia M. Kendall

NATIONAL GAS and ELECTRIC, LLC, and
JOHN DOES 1-10,
Defendants.

DESIGNATED
MAGISTRATE JUDGE: Sidney I. Schenkier

TO: (Name and address of Defendant)

NATIONAL GAS and ELECTRIC, LLC
C/O REGISTERED AGENT
C T CORPORATION SYSTEM
208 S. LASALLE STREET, SUITE 814
CHICAGO, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Padmaja Janecek_

(By) DEPUTY CLERK



May 11, 2018

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 5/21/18 |
| NAME OF SERVER *(PRINT)* Adam Brunswick | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: National Gas and Electric, LLC, c/o registered agent CT Corporation System, 208 S. LaSalle St, Suite 814, Chicago, IL 60604 with Khalilah Stacks (5'8", black hair, middle age)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): I delivered a copy of Complaint with Exhibit A, Summons, Notice of Mandatory Initial Discovery Dkt. No. 7, Standing Order Regarding Mandatory Initial Discovery Pilot Project and Mandatory Initial Discovery Pilot Project Checklist.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/21/18
Date

Signature of Server

29 S Clark St Suite 1500, Chicago IL 60603
Address of Server

OFFICIAL SEAL
JESSICA DAGNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/27/20

May 21, 2018

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.