**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTT DOLEMBA,<br>on behalf of plaintiff and the class defined below,<br><br>                   Plaintiff,<br><br>        v.<br><br>NATIONAL GAS AND ELECTRIC, LLC,<br>and JOHN DOES 1-10,<br><br>                   Defendants. | Civil Action No. 18-C-3370<br>***ELECTRONICALLY FILED*** |

## DEFENDANT'S MOTION FOR PARTIAL DISMISSAL

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8(a), Defendant National Gas & Electric, LLC ("NGE") moves for partial dismissal of Plaintiff's Amended Complaint (Dkt. 29) for failing to state a claim under the Illinois Automatic Telephone Dialer Act, as set forth more fully in NGE's accompanying Memorandum of Law.

Dated: November 2, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Tinos Diamantatos*
Tinos Diamantatos
tinos.diamantatos@morganlewis.com
William J. Kraus
william.kraus@morganlewis.com
77 West Wacker, Suite 500
Chicago, IL 60601
(312) 324-1000 (Telephone)
(312) 324-1001 (Facsimile)

Michelle D. Pector
michelle.pector@morganlewis.com
*Admitted Pro Hac Vice*
Jared Wilkerson
jared.wilkerson@morganlewis.com
*Admitted Pro Hac Vice*
1000 Louisiana, Suite 4000
Houston, TX 77002
(713) 890-5000 (Telephone)
(713) 890-5001 (Facsimile)

*Attorneys for Defendant National Gas &
Electric, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will send notification of such filing to all counsel and parties of record.

*/s/ Tinos Diamantatos*
Tinos Diamantatos
