IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, ) | | |
| on behalf of plaintiff and the class defined ) | | |
| below, ) | | |
| ) | | |
| Plaintiff, ) | | 18 CV 3370 |
| ) | | |
| vs. ) | | Judge Kendall |
| ) | | Magistrate Judge Schenkier |
| NATIONAL GAS AND ELECTRIC, LLC, ) | | |
| SPARK ENERGY GAS, LLC, ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

## STIPULATION OF DISMISSAL

Plaintiff Scott Dolemba and Defendants National Gas and Electric, LLC and Spark Energy Gas, LLC, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Scott Dolemba's individual claims against Defendants National Gas and Electric, LLC and Spark Energy Gas, LLC without prejudice and without costs.[1] Plaintiff Scott Dolemba voluntarily dismisses his class claims against defendants National Gas and Electric, LLC and Spark Energy Gas, LLC without prejudice and without costs. Plaintiff Scott Dolemba voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus                           s/Tinos Diamantatos
Daniel A. Edelman                           Tinos Diamantatos
Heather Kolbus                              William J. Kraus
EDELMAN, COMBS, LATTURNER                   MORGAN, LEWIS & BOCKIUS LLP

---

[1] This Stipulation of Dismissal does not affect any party's rights under Fed. R. Civ. P. 41(d).

1

    &amp; GOODWIN, LLC  
20 S. Clark Street, Suite 1500  
Chicago, IL 60603  
(312) 739-4200  

77 West Wacker, Suite 500  
Chicago, IL 60601  
(312) 324-1000  

Michelle D. Pector  
Jared Wilkerson  
MORGAN, LEWIS & BOCKIUS LLP  
1000 Louisiana, Suite 4000  
Houston, TX 77002  
(713) 890-5000  

2

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on March 22, 2019, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF system which caused notice via email to be sent to the following:

Tinos Diamantatos - tinos.diamantatos@morganlewis.com
William J. Kraus - william.kraus@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker, Suite 500
Chicago, IL 60601

Michelle D. Pector - michelle.pector@morganlewis.com
Jared Wilkerson - jared.wilkerson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, TX 77002
(713) 890-5000


                                            s/ Heather Kolbus
                                            Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)